```
            IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

              MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


JEFFERY SCOTT ROBERSON, as   )
an individual and as a       )
representative of the        )
class,                       )
                             )
      Plaintiff,             )
                             )    CIVIL ACTION NO.
      v.                     )     2:14cv273-MHT
                             )         (WO)
LABORCHEX COMPANIES, INC.,   )
                             )
      Defendant.             )
```

## JUDGMENT

Pursuant to the stipulation of dismissal (Doc. No. 26), it is the ORDER, JUDGMENT, and DECREE of the court that this cause is dismissed in its entirety with prejudice, with the parties to bear their own costs and attorneys' fees.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 23rd day of June, 2014.

            /s/ Myron H. Thompson
         UNITED STATES DISTRICT JUDGE